U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

2021 SEP -2 PM 12: 14

CLERK

BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA   )
                           )
v.                         )   Crim. No. 2:21-cr-78-1
                           )
HUSSEIN MUBARAK,           )
           Defendant.      )

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about May 14, 2021, in the District of Vermont, the defendant HUSSEIN MUBARAK, knowingly and intentionally possessed with intent to distribute cocaine base, a Schedule II controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

**REDACTED**

FOREPERSON

_Jonathan A. Ophardt /ACG_
JONATHAN A. OPHARDT (ACG)
Acting United States Attorney
Burlington, Vermont
September 2, 2021