UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2021 SEP -2 PM 12: 14

CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 2:21-cr-78-1 |
| | ) |
| HUSSEIN MUBARAK, | ) |
| Defendant. | ) |

## MOTION TO SEAL INDICTMENT AND ARREST WARRANT

The United States of America, by Jonathan Ophardt, Acting United States Attorney for the District of Vermont, hereby moves this Court to seal the Indictment, the Arrest Warrant, this motion, any order granting this motion, and the docket sheet in this case, except insofar as necessary to effect the arrest of defendant, to protect the safety of the arresting officers and prevent the flight of the defendant.

WHEREFORE, the United States requests that the Court grant this motion to seal the Indictment, Arrest Warrant, this motion, any order granting this motion, and the docket sheet until the arrest of defendant.

Dated at Burlington, in the District of Vermont, this 2th day of September, 2021.

Respectfully submitted,

JONATHAN A. OPHARDT
Acting United States Attorney

By: _____

Andrew C. Gilman
Assistant U.S. Attorney
P.O. Box 570
Burlington, VT 05402-0570
(802) 951-6725
Andrew.Gilman2@usdoj.gov