AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT
for the
District of Vermont

2021 SEP -7 PM 3: 59

CLERK

BY_____
DEPUTY CLERK

United States of America
v.

HUSSEIN MUBARAK

Defendant

) 
) Case No. 2:21-cr-78-1
)
)
)
)
)

RCVD U.S. MARSHALS VT
SEP 02 2021 PM 12:59

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   HUSSEIN MUBARAK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally possessing with intent to distribute cocaine base, a Schedule II controlled substance, in violation of 21 USC §§ 841(a), 841(b)(1)(C)

Date:   09/02/2021

_____
*Issuing officer's signature*

City and state:   Burlington, VT

Lisa Wright, Deputy Clerk
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 9/2/2021, and the person was arrested on *(date)* 9/5/21 at *(city and state)* Burlington, VT. |
| Date: 9/7/2021 |
| _____ *Arresting officer's signature* |
| Carl Staley   SDUSM *Printed name and title* |

On behalf of ATF