UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

United States of America

              v.                               Case No. 2:21-cr-78

Hussein Mubarak

## **ORDER OF APPOINTMENT**

      The Office of the Federal Public Defender is hereby appointed as attorney of record for the above-named defendant.

      BY ORDER OF THE COURT.

      Dated at Burlington, in the District of Vermont, this 7th day of September 2021.

                        By  */s/ H. Beth Cota*
                            Deputy Clerk