NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                            Case No. 2:21-cr-78-1

Hussein Mubarak

TAKE NOTICE that the above-entitled case has been scheduled at 01:30 p.m. on Monday, January 10, 2022 in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Change of Plea Hearing.

Location: Courtroom 510                              JEFFREY S. EATON, Clerk
                                                                              By: */s/ Lisa Wright*
                                                                              Deputy Clerk
                                                                              12/8/2021

TO:

Andrew C. Gilman, AUSA

David L. McColgin, AFPD
Sara M. Puls, AFPD

Johanna Masse, Court Reporter